# EXHIBIT C

 **Bank of America**

# Non-Disclosure Agreement

Mutual

Agreement Number:

Effective Date:  June 1, 2007

Expiration Date: May 31, 2008

Company Name:  Lighthouse Consulting Group, LLC

Company Address: 27 William Fairfield Drive, Wenham MA 01984

Company Telephone:   978-468-5900

This MUTUAL NON-DISCLOSURE AGREEMENT ("Agreement") is entered into as of the Effective Date by and between Bank of America, N.A., ("Bank of America,") having its principal place of business located at 100 North Tryon Street, Charlotte, NC  28255 and Lighthouse Consulting Group, LLC ("The Company,") having its principal place of business located at 27 William Fairfield Drive, Wenham MA 01984.  When used herein, "Bank of America" shall mean Bank of America and its Affiliates.  When used herein, Affiliates shall mean a business entity now or hereafter controlled by, controlling or under common control with a Party.  Control exists when an entity owns or controls directly or indirectly 50% or more of the outstanding equity representing the right to vote for the election of directors or other managing authority of another entity.

**Lighthouse Consulting Group, LLC**
**("The Company")**

By:

Name:   Robert Popadic

Title:  President

Date:    5 / 30 / 07

**Bank of America, N.A.**
**("Bank of America")**

By:

Name:  Brian Thomas

Title:  AVP

Date:    5 / 31 / 2007



**Non-Disclosure Agreement**

Terms and Conditions

## RECITALS

Each of the parties wishes to disclose to the other party and examine certain confidential and proprietary information for the purpose of discussing and evaluating Remote Deposit Capture (the "Discussions").

The parties mutually agree that the disclosure of said confidential and proprietary information may be required for the Discussions to proceed.

In consideration of the mutual covenants and agreements herein contained, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by each of the parties, The Company and Bank of America covenant and agree as follows:

1. During the Discussions, each party may disclose to the other party certain confidential and proprietary data and information for the sole purpose of conducting the Discussions. The parties hereby agree that the following terms and conditions shall apply to the delivery, disclosure and use of certain technology, know-how, data and/or other information relating to each party's current and/or proposed products, including, but not limited to, each party's research, products, services, compilations, techniques, development efforts, inventions, processes, designs, drawings, marketing or finances, and all other information ("Confidential Information") disclosed by either party to the other in written or other tangible form, orally or visually, and in the case of non-tangible information, provided such Confidential Information transmitted verbally or visually by either party to the other is identified as confidential at the time of disclosure. Notwithstanding the foregoing, in the case of information relating to the customers of Bank of America or their accounts, the parties agree that such information shall be kept strictly confidential regardless of whether such information is in writing or tangible form or whether marked or otherwise identified as proprietary or confidential. The Confidential Information disclosed shall be at the sole discretion of the Disclosing Party. Each party warrants that it has the right to disclose all such Confidential Information pursuant to this Agreement, and any such Confidential Information PROVIDED TO EITHER PARTY UNDER THIS AGREEMENT IS PROVIDED "AS IS."   NO OTHER WARRANTIES WITH RESPECT TO SUCH CONFIDENTIAL INFORMATION, EITHER EXPRESS OR IMPLIED, ARE MADE BY EITHER PARTY HEREUNDER.

2. The Company acknowledges that Bank of America has a responsibility to its customers to keep information about its customers and their accounts ("Customer Information") strictly confidential.  Confidential Information includes Customer Information hereunder.  In addition to the other requirements set forth in this Agreement regarding Confidential Information, Customer Information shall also be subject to the additional restrictions set forth in this paragraph. The Company shall not disclose or use Customer Information other than to carry out the purposes for which Bank of America or one of its Affiliates disclosed such Customer Information to The Company.  The Company shall not disclose any Customer Information other than on a "need to know" basis and then only to: (a) Affiliates of Bank of America; (b) The Company's representatives, provided that any such representatives which constitute nonaffiliated third parties shall be subject to subsection (d) below; (c) affiliates of The Company provided that such affiliates shall be restricted in use and redisclosure of the Customer Information to the same extent as The Company; (d) to carefully selected subcontractors provided that such subcontractors shall have entered into a confidentiality agreement no less restrictive than the terms hereof; (e) to independent contractors, agents, and consultants designated by Bank of America, or (f) pursuant to the exceptions set forth in 15 USC 6802(e) and accompanying regulations which disclosures are made in the ordinary course of business.  The restrictions set forth herein shall apply during the term and after the termination of this Agreement.

3. Each party acknowledges and agrees that title to and ownership of the Confidential Information shall remain with the Disclosing Party, and that the Confidential Information disclosed under this Agreement is confidential and proprietary and constitutes valuable trade secret information of the Disclosing Party.  Each party hereto agrees not to use the Confidential Information of the Disclosing Party for its own use or for any other purpose except to evaluate whether The Company and Bank of America desire to become involved in a business arrangement. Neither party shall copy or reproduce, in any manner, any Confidential Information disclosed by the other, beyond that necessary for evaluation of the Confidential Information.  Each party agrees that it will hold the Confidential Information in confidence and will not disclose same to any third party, and will limit disclosure of the Confidential Information only to those of its bona fide employees, agents or consultants who will be directly involved with the



**Bank of America**

# Non-Disclosure Agreement
Terms and Conditions

Discussions. Further, each party agrees that it will take all appropriate action to satisfy its obligations under this Agreement. Each party shall use no less than reasonable care to satisfy its obligations under this Agreement.

4.    The provisions of this Agreement shall not apply to any Confidential Information which:

(a)    the Receiving Party can establish by competent documentation was known to it without restriction prior to disclosure by the Disclosing Party; or

(b)    was independently developed by the Receiving Party; or

(c)    is now or hereafter comes into the public domain through no fault of the Receiving Party; or

(d)    is disclosed to the Receiving Party without restriction on disclosure by a third party who has the lawful right to make such disclosure to the Receiving Party; or

(e)    is required by operation of law to be disclosed by the Receiving Party, provided, however, that the Disclosing Party is given reasonable advance notice of the intended disclosure and reasonable opportunity to challenge such legal requirement(s).

5.    The terms of confidentiality under this Agreement shall not be construed to limit either party's right to independently develop or acquire products without use of the other party's Confidential Information. The Disclosing Party acknowledges that the Receiving Party may currently or in the future be developing information internally, or receiving information from other parties, that is similar to the Confidential Information. Accordingly, nothing in this Agreement will be construed as a representation or agreement that the Receiving Party will not develop or have developed for it products, concepts, systems or techniques that are similar to or compete with the products, concepts, systems or techniques contemplated by or embodied in the Confidential Information provided that the Receiving Party does not violate any of its obligations under this Agreement in connection with such development.

6.    This Agreement shall be effective as of the date and year above cited and the term shall extend through and until a period of one (1) year thereafter unless the term of this Agreement is extended, in writing, by the mutual agreement of the parties hereto. However, either party may terminate this Agreement upon thirty (30) days prior written notice to the other party. Upon any such termination or expiration of this Agreement, the Receiving Party will return to the Disclosing Party, or at the request of the Disclosing Party destroy, any and all Confidential Information disclosed hereunder within ten (10) days of said date of termination or expiration.

7.    The non-disclosure and non-use obligations of each party under this Agreement shall survive any termination or expiration of this Agreement for a period of five (5) years from the date of any such termination or expiration, except in the case of Customer Information which confidentiality survives perpetually and irrevocably.

8.    Nothing herein shall obligate Bank of America to enter into any agreements with The Company or to obtain products or services from The Company, or for The Company to enter into an agreement with Bank of America or to provide products or services to Bank of America. Further, the Confidential Information of each party shall remain the Disclosing Party's sole and exclusive property, and this Agreement shall not be construed as granting or conferring any rights by license or otherwise in or to any Confidential Information, or as encouragement or commitment on the part of either party to expend or otherwise commit resources in research, development, or production efforts.

9.    The validity, terms, performance and enforcement of this Agreement shall be governed and construed by its provisions and in accordance with the laws of the State of North Carolina and of the United States of America.

10.    Should any provision of this Agreement be deemed illegal or otherwise unenforceable, that provision shall be severed and the remainder of this Agreement shall remain in full force and effect. The waiver of any right or election of any remedy in one instance, by either party, shall not affect any rights or remedies in another instance. A waiver shall be effective only if made in writing and signed by an authorized representative of both parties.



**Bank of America**

**Non-Disclosure Agreement**

Terms and Conditions

11.   All notices which either party is required or may desire to give the other party under this Agreement shall be given by addressing the communication to the address set forth on the first page of this Agreement, and may be given by certified or registered mail, overnight carrier, telex or cable. Such notices shall be deemed given on the date of receipt (or refusal) of delivery of said notice. Either party may designate a different address for receipt of notices upon written notice to the other party.

12.   Neither party may transfer or otherwise assign its rights, duties or obligations under this Agreement to any other person or entity, in whole or in part, without the prior written consent of the other party. Any such prohibited assignment shall be void.

13.   This Agreement supersedes in full all prior discussions and agreements between the parties relating to the Confidential Information, constitutes the entire agreement between the parties relating to the Confidential Information, and may be modified or supplemented only by a written document signed by an authorized representative of each party.

14.   The signatories hereto warrant and represent that they are duly authorized to bind The Company and Bank of America, respectively, and to execute this Agreement.

15.   Each party agrees that its obligations provided in this Agreement are necessary and reasonable in order to protect the Disclosing Party and its business, and each party expressly agrees that monetary damages would be inadequate to compensate the Disclosing Party for any breach by the Receiving Party of its covenants and agreements set forth in this Agreement. Accordingly, each party agrees and acknowledges that any such violation or threatened violation will cause irreparable injury to the Disclosing Party and that, in addition to any other remedies that may be available, in law, in equity or otherwise, the Disclosing Party shall be entitled to obtain injunctive relief against the threatened breach of this Agreement or the continuation of any such breach by the Receiving Party, without the necessity of proving actual damages.

IN WITNESS WHEREOF, the parties have hereto caused this Agreement to be executed above by their duly authorized representatives as of the day and year above stated.

BT052907E.doc

Brian.k.Thomas@bankofamerica.com  CCs follow
Alejandro.Stein@bankofamerica.com
Monjya.Bynum@bankofamerica.com
Christopher.Healey@bankofamerica.com
**NDA-Mutual - Lighthouse Consulting Group LLC 052907 BT**

Bob:

Per our conversation, attached is the mutual NDA for your review.

As we discussed, please email me your approval and I will send two
printed copies for your signature.

Feel free to contact me if you have any questions.

Best regards,

Brian Thomas C.P.M.
704-387-1908
Cell:  704-299-3875
Fax:  877-277-2856

<<NDA-Mutual - Lighthouse Consulting Group LLC 052907 BT.doc>>

**Re: NDA-Mutual - Lighthouse Consulting Group LLC 052907 BT**

Brian,

Looks fine, except I think on the cover page the expiration date should be
2008, not 2007.

Thanks for your help.

Best Regards,
Bob

------------------------------
Robert Popadic, President
Lighthouse Consulting Group, LLC
27 William Fairfield Drive
Wenham MA 01984
USA

Direct 1-978-468-5855
Main 1-978-468-5900
Fax 1-978-468-5842 alternate 978-468-4082
RPopadic@lcgllc.biz alternates: PopadicR@aol.com and rpad7@tiac.net
www.LCGLLC.biz

**RE: NDA-Mutual - Lighthouse Consulting Group LLC 052907 BT**

Good catch.  I'll send it out today.

Thanks,

Brian
704-387-1908
Cell:  704-299-3875
Fax:  877-277-2856

AS053007E.doc

"Stein, Alejandro" <Alejandro.Stein@bankofamerica.com>
**Re: LCG Fax Based Remote Deposit Capture - Basic Information**

Hi Alejando,

I look forward to our conversation.  I will be joined by our team members
Tom Gazda and Oleg Pohotsky.  You might want to consider extending the
meeting to an hour and a half, as our experience has been the discussion
takes a bit more than an hour.  I'll get a custom presentation to you by
Monday, which you can share with those who will be on the conference
call.

I received and sent back he NDA today.

Should be an interesting conversation.

Best Reegards,
Bob

BT060507e.doc

"Thomas, Brian K" <Brian.K.Thomas@bankofamerica.com>
**Re: NDA-Mutual - Lighthouse Consulting Group LLC 052907 BT**
Brian,

I got your NDA on the 30th and sent it back later that same day.  Since I have not received a signed copy back, I was wondering if you had received my signed copies sent by  express mail?

Thanks.
Bob
978-468-5855

**RE: NDA-Mutual - Lighthouse Consulting Group LLC 052907 BT**

You should have it today or tomorrow.  I mailed it out yesterday or the day before.  Let me know if you don't receive it.

Brian
704-387-1908
Cell:  704-299-3875
Fax:  877-277-2856

AS060507E.doc

<u>Alejandro.Stein@bankofamerica.com</u>
LCG Fax Based Remote Deposit Capture - Meeting - Presentation

Hi Alejandro,

Brian has just informed me the signed version of the NDA should arrive here by tomorrow.  We  just finished the presentation for you.  I'll send it along to you tomorrow.

Will there be others from Bank of America on the call on Thursday?

I look forward to our call on Thursday.

Best Regards,

Bob


**RE: LCG Fax Based Remote Deposit Capture - Meeting – Presentation**

Yes.
There will be people from Transaction Services and Global Treasury Services.
Alejandro

AS060607E.doc

"Stein, Alejandro" <Alejandro.Stein@bankofamerica.com>
**LCG June 7, 2007 Presentation**
BofAFaxImage060407A.ppt

Alejandro,

The NDA just arrived.  Attached is our presentation for tomorrows call.
Please let me know if you receive it in good order.  If you have any
questions before the meeting please give me a call.

Best Regards,
Bob

AS070207E.doc

alejandro.stein@bankofamerica.com

**LCG Patent Application - Ubiquitous Imaging Device Based Check Image Capture**

**3 files in FaxImage PDF folder in 2006**

Hi Alejandro,

I enjoyed our brief chat this afternoon.

Attached is a folder with 3 pdf files in it - the text of the patent application and 2 with figures 1 and 2, and 3 to 9 respectively.  The cover page is missing but the only information it has you don't already have is: Attorney Docket: 95583-010101; Attorney: Greenberg Traurig, LLP, One International Place, Boston, MA 02110, (617) 310-6000.

Please confirm receipt, thanks.

Best Regards,
Bob

**Bank of America Conference Call #1**                                    **6/7/2008**

**Participants:**

**LCG:**
Bob Popadic, Tom Gazda, Oleg Pohotsky (by telephone)

**BOA**:
Christopher Healey – Manager, Small Business Checking/Savings Products, RDC
Matt Calman – Innovative Executive Business/Consumer-Small Business Imaging
Marie LaQuerre – Industry Relations, Image Adoption in Industry
Shauna McSheehy – Supply Chain Mananger, Image
Alejandro Stein – Small Business Deposit Executive, Checking, MMS, RDC
James Heddleson – Not available for this call

**Comments/Discussion**

BOA: Approach to using fax is interesting. They are making a push to the lower end of the customer chain.

Slide 9

Discussion of various carrier designs. Offered that the preferred design could be a BOA distinctive solution

Slide 10

Status of Imaging SW was questioned. Bob offered that it would be important to do that development with a partner to ensure compatibility with the partner SW and system. Bob mentioned that he understood from a press release that EDS was a BOA service provider. This seemed to rattle them a bit, and they replied that BOA does not talk about which service providers and suppliers it works with.

Slide 14

"Processed" marking issue and redeposit were discussed. BOA position varies on this matter, but it seems to be moving to an area of less concern.

Slide 15

MICR read head in a scanner and use of that type of scanner (vs. optical reading of MICR) provides some additional security relative to the processing of checks. But it might not be a big issue, identified as a "managed risk."

Slide 18

Carrier cost issue. Oleg mentioned a target of 25 cents or less.

Slide 22

200 dpi (200 x 200?) is the standard for image exchange in banking industry. Bob reiterated the standard fax mode being 200 x 98 but we do things to adjust to a 200 x 200 equivalent.

Slide 24

Question of /discussion whether the carrier was a unique concept in light of the USAA scanner without carrier product. Is USAA a threat or an infringement?

Slide 26

Do some businesses accumulate checks then deposit at one time ("desk float")

Slide 27

Discussion of economics of Customer cost (running out of time at this point)

Wrap up

One BOA person (Healey?) described our idea as having a "fascinating simplicity to it"

Timing to market was questioned. Our reply was that it was likely to be months more than it would be in years.

They want a follow up call. Alejandro indicated they would do an internal debriefing based on this call and follow up to arrange a further discussion via telcon.

**Remote Deposit Capture Opportunities**   Agenda

---

**Background**

**Low Volume Market**

**LCG's Check Imaging Solution**

**Target Markets & Competition**

**Customer Economics**

**Provider Economics**

**Next Steps**



1

Proprietary and Confidential

**Remote Deposit Capture Opportunities**  Executive Summary

_____

## Potential benefits to Bank of America from a Strategic Partnership with LCG:

- Exclusive offering that provides Bank of America a potential competitive advantage.

- Enhancement to and interfaces with existing remote check image capture offerings.

- Broaden RDC market to include small businesses and individuals with an offering that appeals to customers that:

  – Have a very low check volume

  – Value convenience

  – Prefer a variable vs. fixed cost solution

- Improve the close rate when establishing new relationships and selling other products and services.

- Generate additional revenue, broaden effective footprint of branches, allow lower branch densities, and enable true branchless banking.



Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Background

___

## Lighthouse Consulting Group:

- A management consulting company that focuses on the financial services industry and its suppliers.

- Long time involvement with the payments system and remote check image capture - including product development and intellectual property.

- Principals came out of Arthur D. Little Inc and are well known to the industry.

- Developed a patent pending system, process, and carriers for capture from fax machines and general purpose scanners.

- Prototyped substitute checks from fax images using manual processes and commercially available software.

- Interested in finding a partner to further develop and commercialize.



3

Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Background

## Payment Systems Landscape:

- Check 21 provided for substitute paper checks created from image data that are the legal/functional equivalent of the paper original.

- Check volume is slowly declining in absolute terms.

- More checks get printed than are posted to accounts because of ACH conversion.

- Electronic payments continue to grow.

- While not as important to the payments system as in the past, checks will not be eliminated any time soon.

- Businesses have a high level of awareness of existing and emerging options for handling checks.

- Businesses are very conscious of the cost of handling customer payments.



4

**Remote Deposit Capture Opportunities**   Background

---

**Banks have good reason to want to extend remote deposit capture to new markets - for some a chance to redefine competitive landscape.**

- Responding to the customer's business case:
  - Desire for convenience
  - Avoid trips to bank
  - Serve multiple office locations
  - Stream checks throughout the day
  - Earlier funds availability

- New source of fee income - an opportunity to protect checking fees.

- Grow relationships and improve customer retention.

- Generate prospect interest - reduce sales expense.

- Extend the branch footprint - reach new customers at a lower cost.

- Grow business banking with a competitive advantage.



5

Proprietary and Confidential

**Remote Deposit Capture Opportunities**  Very Low Volume Market

---

**Businesses with low check volumes and individuals are significant markets and are markets where banks compete aggressively today.**

- We estimate there are at least 3.3 million non-cash businesses, which deposit 100 or fewer checks per month.

- They employ 9.6 million people and deposit 1.5 billion checks per year.

- Small businesses are interested in convenience, reducing trips to the bank, and cost savings, as much as larger businesses and in some cases more.

- Most businesses have fax machines.

- Over 12% of <u>all</u> households have a fax machine.

- High net worth individuals have scanners and dynamics similar to those of small businesses.



6

Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Very Low Volume Market

---

## Characteristics of the Very Low Volume Check Market:

- There is demand for the benefits of a remote capture solution.

- The economics are different than at higher volume levels - the benefits per check of avoiding a trip to the bank are much greater.

- It's a market that can profitably support somewhat higher per check bank costs compared to markets with higher check volumes.

- Current solutions do not address this market because of the high cost and complexity of adding a dedicated scanner.

- For this segment, the alternative is trips to the bank and using high cost tellers.



7

Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Very Low Volume Market

---

## Disadvantage of Today's Solutions:

- Require a PC and purchase of a dedicated scanner - significant investment for a small business or for a bank giving them to customers
  - Scanner with software - $300 to $4,000 - $8 to $110 per month with a 36 month recovery period - $1,500 typical today - $42 per month
  - PC, likely existing, but if required, $1,000 or $28 per month

- Don't take advantage of devices customers already have - fax machines and general purpose scanners.

- Not cost effective for customers with small volume of checks - very small businesses, businesses that get a only a few very large checks, high net worth individuals.

- Some customers are reluctant to sign up for RDC because of the investment required or high monthly fee.

- Booting up a PC and starting an application is very inconvenient for depositing a few checks as compared to sending a fax.



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  LCG's Check Imaging Solution

---

## Overview of LCG's Check Imaging Solution Benefits:

- Uses existing fax machines and scanners.

- Employs a patent pending system, process and check carriers.

- More automated then current alternative, which is often tellers.

- Replaces a fixed cost dedicated device with variable cost check carriers, that facilitate scanning, security, and keeping fronts and backs together.

- Enhances security by linking devices, phone lines, carriers to accounts.

- Reduces the likelihood of unauthorized redeposit of checks.

- Compatible with existing image capture software-provides images & data comparable to those transmitted to the bank by PC with scanner attached

- Economic for customers with low check volumes.

- Banks can cost effectively offer services to all types of customers.



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  LCG's Check Imaging Solution



**One Embodiment of Remote Check Image Capture using Fax machines and flat bed scanners attached to a PC**



Proprietary and Confidential

10

**Remote Deposit Capture Opportunities**  LCG's Check Imaging Solution

---

## Process delivers the functional equivalent of what specialized scanners attached to PCs provide.

- Achieved through a combination of:
  - Carriers
  - Imaging devices
  - Communications links
  - Image preprocessing before images and data are passed to the bank's existing system

- Alternatively:
  - Preprocessing functions can be added to the bank's image receiving system, or
  - Image preprocessing can feed a separate system to complete deposit proving, and submit images for statements and check clearing



Proprietary and Confidential



**Sample Carrier**



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  LCG′s Check Imaging Solution

---

## Carriers and their features, not all of which need be implemented:

- Carriers can perform a number of functions:
  - Hold checks and deposit tickets
  - Provide an area to enter deposit data in lieu of a deposit ticket
  - Allow matching of front and back check images
  - Prevent skew problems
  - Enhance readability and machineability
  - Minimize likelihood of unauthorized redeposit
  - Provide for check endorsement
  - Link carriers to specific deposit accounts

- Some types of carriers suitable for two sided scanning:
  - Transparent sealing carrier
  - Transparent non-sealing, with and without pockets
  - Non-transparent cut out carrier



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  LCG's Check Imaging Solution

---

## Carriers and their features … (continued 1):

- Single side scans are possible if the bank permits the system to apply to the back side image either:
    - Standard endorsement stored in the system, or
    - Copy of an endorsement made on the front of the carrier containing the check.

- Maintaining check alignment:
    - Registration marks for side and  top or bottom of checks
    - Permanent or repositionable adhesives
    - Pockets or static cling

- Preventing unauthorized redeposit of checks outside the system:
    - Retaining in sealed carrier with/without "Processed" notation
    - Attachment with permanent adhesive
    - "Processed" marking of check



Proprietary and Confidential

**Remote Deposit Capture Opportunities** LCG's Check Imaging Solution

___

## Carriers and their features … (continued 2):

- Pairing fronts and backs:
  - Preprinted sequence number and/or bar code on carrier front and back
  - Preprint only one side and read the reversed code through the transparent carrier
  - Preprint number and/or bar code on deposit ticket front and back

- Enhancing security via carriers and other methods:
  - Detect calling number and match to deposit account(s)
  - Detect FAX ID and match to deposit account(s)
  - Match carrier number to deposit account(s)
  - Generate unique code using cryptographic techniques

- Marking checks "Processed":
  - Part of sealing carriers
  - Pressure sensitive transfer that is system detectable
  - Detectable stickers/labels whose removal would damage check



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  LCG's Check Imaging Solution

---

## Carriers and their features … (continued 3):

- Enhancing image quality:

  - Half-tone grid may be incorporated into transparent carriers - performs much the same function as photo-mode on some fax machines

  - Test pattern with known characteristics allows the receiving system to determine at what gray level the sending fax made send black decision

- Rather than use a separate deposit ticket, a white area can be provided on the carrier where standard information is preprinted and variable information can be written.

- While offering a lower level of security, reusable non-sealable carriers can be created incorporating many features.



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  LCG's Check Imaging Solution

## Carrier Examples:

- Ex 1 - Transparent Sealing Two Sided Carrier - incorporating:
  - Sequence number, bar code, test pattern
  - Alignment marks, reposition able adhesive
  - Carrier when folded closed adheres to itself and enclosed items
  - "Processed" legend transfers with pressure to checks

- Ex 2 - Transparent Non-Sealing Two Sided Carrier - incorporating:
  - Sequence number, bar code, test pattern
  - Pockets for checks and deposit ticket
  - "Processed" legend transfers with pressure to checks

- Ex 3 - Transparent One Sided Carrier - incorporating:
  - Sequence number, bar code, test pattern
  - Alignment marks, adhesive strip to hold checks
  - Check fronts are <u>not</u> scanned through carrier - backs are
  - User transfers "Processed" sticker/label to checks - optional



Proprietary and Confidential

**Remote Deposit Capture Opportunities** LCG's Check Imaging Solution

---

## Carrier Examples (continued 1):

- Ex 4 - Cut Out Carrier - incorporating:
  - Sequence number, bar code, test pattern
  - Opaque paper carrier with fixed or adjustable cut outs over which the checks are secured - check fronts and backs are <u>not</u> scanned through carrier
  - Alignment marks, adhesive strip to hold checks
  - User transfers "Processed" sticker/label to checks - optional

- Ex 5 - One Sided Carrier (transparent or opaque) - incorporating:
  - Sequence number, bar code, test pattern
  - Alignment marks, adhesive strip to hold checks
  - Place for endorsement
  - Carrier when folded closed adheres to itself and enclosed items
  - "Processed" legend transfers with pressure to check

- More variations are possible by combining carrier types and features.



18

Proprietary and Confidential

**Remote Deposit Capture Opportunities**  LCG's Check Imaging Solution

## Example of simple Single Sheet Transparent Carrier with serial number, incorporated deposit ticket, back scan through carrier, no process marking.



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  LCG's Check Imaging Solution

## Sample of FAX image in substitute check format.





Proprietary and Confidential



**Example process for transmitting checks**



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  LCG's Check Imaging Solution

---

## State of Development and Productization

- As part of our development efforts to date we have:

  - Developed a robust set of technologies and subsystems concepts to support check deposits via FAX and general purpose scanners

  - Filed formal patent application to secure our intellectual property

  - Validated that suitable carrier materials exist which are compatible with the installed base of fax machine transport mechanisms

  - Conducted sample testing with real checks and carriers sent via fax machines to verify readability when processed with off-the-shelf software into images/substitute checks

  - Developed several overall system architectures and associated scenarios for both user processes and bank processes

  - Developed ideas as to market applicability of different types of carriers and carrier/system features, which need to be verified

  - Performed preliminary market/economic analysis



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  LCG's Check Imaging Solution

_____

## State of Development and Productization  (continued)

- Looking forward we need to execute detailed design, development and testing prior to having a deployable solution.  Key tasks include:

  – Market research with both banks and users to establish preferences and finalize overall systems architecture and process steps

  – Human factors testing of user facing processes and exception processing

  – Detailed design of the carrier(s) including selection of optimum materials and most cost effective way to produce

  – Collect performance statistics (manual intervention and returns to customer) on the chosen carrier designs

  – Detailed design and development of software for preprocessing the images and integrating the output of that processing into existing image offerings

  – Finalize the business case for users and Bank of America



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  Target Markets

---

## Potential Target Markets:

- <u>Predominately cash businesses with fewer than 100 checks per month</u> - estimate at least 3.3 million business, 9.6 million employees, and 1.5 billion checks.

- <u>Larger businesses</u> using dedicated scanners, but who also have some offices with low check volumes.

- <u>Consumers with a FAX</u> or flatbed scanner who value convenience, especially high income and high net worth individuals.

- <u>On line banking customers</u> - for whom current check deposit practices may be inconvenient.



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  Competition

---

## Potential Competition:

- Business as usual - tellers, ATMs and bank by mail
  - Not very convenient
  - Not very cost effective

- Dedicated scanner attached to a PC
  - Not cost effective at very low volumes (break point depends on scanner price and associated service fees)
  - Requires an investment by customer or bank
  - May not be as convenient depending on PC location, other applications running, potential conflicts, etc.
  - Not as easy to use at very low volumes

- Flat bed scanner (such as USAA) - may overlap our patent application
  - More FAX machines than scanners in market
  - May not be as convenient depending on PC location, other applications running, potential conflicts, etc.



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  Analysis Structure

---

**An analysis can be structured around the Fee charged the customer and forms the basis of the slides that follow:**

- Economic analysis suggests the benefit a customer gets compared to other deposit alternatives, at various check volume levels.

- Customer surveys validate assumptions and determine what the customer is willing to pay for the above identified benefits and refine the definition of the target market.
  - At this point we have both informal feedback and some survey data
  - More work needs to be done

- The difference between what the customer is willing to pay and carrier production costs is available for:
  - Payments to the system/software provider
  - Any additional manual intervention beyond that associated with a dedicated scanner. For Teller would be a <u>savings</u> rather than cost
  - Additional bank fees/profit
  - Carrier production costs are dependent on the specific carrier type and to be determined



Proprietary and Confidential

**Remote Deposit Capture Opportunities**  Customer Economics

---

## Business with very low check volume have a lot to gain from RDC.

| Total savings over 36 months |
| --- |

**Factors:**

- **Trips to bank: number, duration, and cost per hour**

- **Number of checks, fees saved per check and per deposit**

- **Average check amount, percent checks w/greater funds availability, and earnings rate**

See Assumptions - page A-1



27

**Savings** (y-axis)

$1,000,000
$100,000
$10,000
$1,000

Very Low Volume   Low Volume   Med Vol

Daily Deposit $5,000 Avg. Check

$48,300

$7,500

Daily Deposit $100 Avg. Check

Weekly Deposit $5,000 Avg. Check

$1,500

1   10   100   1,000   10,000   100,000

**Monthly Check Volume**

**Graph created in 2000**

Proprietary and Confidential

**Remote Deposit Capture Opportunities**  Customer Economics

**With 10 checks a day (200 per month) , even at $1.00 per carrier Fax Deposit is cheaper than going to the bank.**



See Assumptions - page A-2



28

Proprietary and Confidential

**Remote Deposit Capture Opportunities**  Customer Economics

## Fax based RDC is more cost effective then a $1,000 dedicated scanner up to about 80 checks per month depending on the per carrier charge.



See Assumptions - page A-2



29

Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Customer Economics Summary

_____

**Indications are that  business customers will pay more then the cost of providing carriers.**

- With a $20 hour labor cost, a business making 20 trips to the bank a month can afford $7,500 on a 36 month RDC solution.

- Many small businesses, especially service businesses, value the time of the person who makes the bank run at well above $20/hour.

- Compared to going to the bank with a $1.00 carrier fee, Fax is more attractive up to 10 checks a day (200 per month) with a $20 time value.

- Compared to a $1,000 scanner Fax is more attractive with a $.50 carrier fee up to 45 checks per month, and up to 80 with a low cost $.10 fee.

- Preliminary market research suggests that $.50 might be an acceptable fee.

- Carrier production and distribution costs are being estimated.



Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Bank Economics

---

**Bank economics are favorable <u>plus there is the opportunity to gain a competitive advantage in target market segments</u>.**

- FAX based capture on a per check basis will generate more income to offset somewhat higher costs.

- Customers will pay more per check for FAX capture because at low check volume:

  – Cost of a trip to the bank is spread over only a few items

  – Value of time of person going to bank is often higher than a clerk

  – Convenience may be more important - hard to get to bank when open

- Carrier fee set high enough to cover carrier production and distribution costs, FAX front end, profit and extra manual effort likely required for:

  – Setting up and customer service

  – Dealing with potentially more depositor ID, image quality, MICR read, and deposit proof issues - exact costs will depend on level of manual intervention required beyond that of a dedicated scanner

  – In addition where tellers are alternative, banks will have labor savings



31

Proprietary and Confidential

**Remote Capture Market Opportunities** LCG's Check Imaging Solution

---

**Data is still evolving, but the following is an <u>illustration</u> of the economic analysis for FAX RDC Service Profit.**

|  | Dedicated<br>Scanner | Teller |
|---|---|---|
| Compared to: | | |
| • Carrier Fee | $ .50 | $ .50 |
| • Carrier Production and Distribution | $ .25 | $ .25 |
| • Increased bank costs (avg. 1.5 checks per carrier) | $ .12 | $ <0 |
| • Potential additional profit per carrier | $ .13 | $ .25 |
| – For a 1.5 billion check market = millions | $130 | $ 250 |
| – Bank of America's share of market? | | |



Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Next Steps

---

## Summary of sources of value to Bank of America from an exclusive FAX based RDC offering:

- Within Existing Geographic Area (defined by branch footprint):

  - Existing small businesses in target market (National total of 3.3 million non-cash businesses, 100 or fewer checks per month)

    - FAX based RDC Service Profit - described on prior page

    - Customer replacement savings - lower acquisition costs, longer life

  - New customers in existing area

- Expanded Geographic Area (larger branch footprint for target market):

  - New customers previously not reachable due to branch locations

    - FAX based RDC Service Profit

    - Value of deposits, loans and fee income other than from FAX RDC - savings from not having to allocate as much branch expense

    - Customer replacement savings



See Numeric Example  - pages A-3 & A-4

Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Next Steps

---

**Potential benefits to Bank of America from a Strategic Partnership with LCG:**

- Exclusive offering provides Bank of America a potential competitive advantage.

- Enhancement to and interfaces with existing remote check image capture offerings.

- Broaden RDC market to include small businesses and individuals with an offering that appeals to customers that:

  – Have a very low check volume

  – Prefer a variable vs. fixed cost solution

  – Value convenience

- Improve the close rate when establishing new relationships and selling other products and services.

- Generate additional revenue, broaden effective footprint of branches, allow lower branch densities, and enable true branchless banking.

Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Next Steps

---

# Working with Bank of America, the steps to go to market include:

1. Determine user and bank preferred carrier type(s) and service features

2. Test Human factors of user facing processes and exception processing

3. Detail design, test carriers and determine production costs

4. Collect performance statistics on the chosen carrier designs

5. Develop receiving and preprocessing software, and interfaces with existing system(s)

6. Finalize business case

7. Arrange for production and distribution of carriers

8. Develop a sending device certification program

9. Create (or modify) agreement between users and bank

10. Develop marketing program for banks and end users



35

Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Next Steps

---

# LCG Brings to Partnership

- Specialize in working with financial institutions, their associations and vendors

- Senior staff, who have both senior executive banking experience and partner level experience in major consultancies

- Intellectual property and a patent pending method, system, and carrier designs

- Experience with carrier design/materials, consumer electronics, banking and the payments system

- Many years of involvement with remote check image capture, including market acceptance, and design of a stand alone (no PC) image capture device

- Cost benefit analysis experience with financial institutions



Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Next Steps

---

## LCG Development-Implementation Team:

- Bob Popadic, LCG President, Team Leader, Banking, RDC

  – 25 years consulting to banks & vendors- strategy, payments system

  – Former bank exec: strategic planning, IT, lending/leasing

- Tom Gazda, Materials, Chemicals, Printing and Imaging Technologies

  – 25 years experience in product development and manufacturing

  – Secure document technology - checks, currency, certificates, ID cards

  – Member ANSI X9B Group that developed the Check Fraud Guideline

- Stu Lipoff - Consumer Electronics, Security

  – 30 years as technology and management consultant

  – Application of secure media and IT to financial services industry

  – MSEE, MBA, BSEE, and BS Engineering Physics - IEEE Fellow



Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Next Steps

---

## LCG Development-Implementation Team (continued):

- John Popadic - Banking, Remote Deposit Capture

  – Software engineer and banking consultant

  – Design of RDC solutions, market assessment tools and business case

  – MS in Evolutionary and Adaptive Systems

- Oleg Pohotsky, Venture Advisor

  – Technology focused private equity and investment banking professional

  – Financial, legal and engineering expertise



Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Appendix

# Appendix



Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Appendix

---

## Economic Assumptions - Business with low check volume have a lot to gain from RDC.

Business Savings:
- Trips to bank - daily after 19 checks, weekly after 4 checks per month
- Trip to branch - 30 minutes
- Cost per hour of person going to branch - $20
- Reduced bank fee per check - $.01
- Reduced deposit fee per deposit - $.25
- Average check size - $100 and $5,000 shown on graph
- Percent of deposits with one day greater availability - 25%
- Bank earnings credit - 2.00%



Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Appendix

---

## Economic Assumptions:

Fax Savings Vs. Going to the Bank:
- Trip to branch - 30 minutes
- Cost per hour of person going to branch - $20
- Checks per carrier - up to 2
- Fax processing times
  - Insert checks - 15 sec. per check
  - Set up call - 20 sec.
  - Fax front of carrier - 60 sec.
  - Fax back of carrier - 60 sec.
- No change in bank fees other than the carrier charge
- No credit for earlier funds availability

Savings Fax Vs. $1,000 dedicated scanner
- Fax operations as described above
- Scanner set up time 60 seconds
- Scan time 15 seconds per check



A-2

Proprietary and Confidential

**Remote Deposit Capture Opportunities**   Appendix

---

# Numeric illustration of value from exclusive FAX RDC offering:

**I. Existing Geographic Area:**
**A. Existing Small Business Customers:**

**1. FAX RDC Service Profit**

| | |
|---|---|
| Net Profit per Carrier (includes all fees and added costs) | $0.25 |

| | |
|---|---|
| Projected Total Market Checks - Number - billion per year | 1.5 |
| Checks per carrier | 1.5 |
| Projected Total Carrier Market - Number - billion per year | 1.0 |
| Projected Total Carrier Market - Dollars - million per year | $250 |

| | |
|---|---|
| Bank's Share of Targeted Small Businesses | 8% |
| Market Penetration (could do for each year) | 40% |

| | |
|---|---|
| FAX RDC Profit Existing Small Business Customers-$millions/year | **$      8.00** |

**2. Customer Replacement Savings**

| | |
|---|---|
| Current Cost to Acquire a Customer - Dollars | $1,000 |
| Current Average Customer Life - years | 5 |
| Current Annual Cost per Customer | $200 |

| | |
|---|---|
| Projected Cost to Acquire a Customer - Dollars | $700 |
| Projected Average Customer Life - years | 7 |
| Projected Annual Cost per Customer | $100 |

| | |
|---|---|
| Replacement Cost Savings per Customer | $100 |
| Size of Target Market - million small businesses | 3.3 |
| Bank's Share of Targeted small businesses | 8% |

| | |
|---|---|
| Customer Replacement Savings - $ millions/year | **$     26.40** |

**B. New Customers in Existing Geographic Area**




Proprietary and Confidential

A-3

**Remote Deposit Capture Opportunities**   Appendix

---

# Numeric illustration of value from exclusive FAX RDC … (Continued)

**II. Expanded Geographic Area:**
**1. FAX RDC Service Profit**

| | | |
|---|---|---|
| Increase in Effective Footprint of Branch - % Core Area | | 100% |
| Relative Marketing Effectiveness vs. Core Area | | 60% |
| ReflectsExclusivity | | |

FAX RDC Profit Existing Small Business Customers-$millions/year
From I.A.1                                                     $      8.00

FAX RDC Profit from Expanded Geographic Area - $ millions/year  **$      4.80**

**2. Value of Additional Business**

| | | |
|---|---|---|
| Per Customer Average Deposit - Dollars | $ | 10,000 |
| Percent Profit on Deposits - per annum | | 1.00% |
| Per Customer Average Loan - Dollars | $ | 20,000 |
| Percent Profit on Loans - per annum | | 1.50% |

Value per Additional Customer - per year                       $    400.00

Additional Customers:
Size of Target Market - million small businesses                          3.3
Bank's Share of Targeted small businesses                                  8%
Increase in Effective Footprint of Branch - % Core Area                  100%
Relative Marketing Effectiveness vs. Core Area                            60%
Number of Additional Customers - millions                             0.1584

Additional Annual Profits - $ millions/year                    **$     63.36**

**3. Customer Replacement Savings**
Replacement Cost Savings per Customer                                    $100
Customer Replacement Savings - $ millions/year                 **$     15.84**

**Total Annual Benefit**                                       **$    118.40**



Proprietary and Confidential

# Remote Deposit Capture
# Opportunities Utilizing
# Fax and General Purpose Scanners



Presentation for
Bank of America
**June 7, 2007**



27 William Fairfield Drive
Wenham, Massachusetts 01984
1-978-468-5900